# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**KADARIUS D. POWELL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-2349

[July 2, 2026]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Rebecca Ivy White, Judge; L.T. Case No. 312015CF000743AXXXXX.

Daniel Eisinger, Public Defender, and Austin C. Edwards, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Luke R. Napodano, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***